# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

NATIONSTAR MORTGAGE, LLC     :    No. 110 MM 2018

           v.                   :

CHRIS INCH AND CHRISTINE INCH    :

PETITION OF: CHRIS INCH          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of September, 2018, the Petition for Assumption of Extraordinary Jurisdiction is DENIED.